Donald RUMAGE, Plaintiff-Appellant,

v.

Robert M. GULLBERG, Janet Gullberg, Advantage Bank
F.S.B., and The Bank of Elmwood, Defendants-
Respondents.†

Supreme Court

*No. 98–1276. Filed October 19, 2000.*

2000 WI 112

(Also reported in 617 N.W.2d 849.)

¶ 1.  PER CURIAM.  *(on motion for reconsideration).* Plaintiff-Appellant Donald Rumage moves for reconsideration of our decision in *Rumage v. Gullberg,* 2000 WI 53, 235 Wis. 2d 279, 611 N.W.2d 458, on grounds that the court overlooked a controlling fact appearing in the record. Rumage argues that Reinier Kemeling sold his residential property in a voluntary private sale, during a mortgage foreclosure redemption period, in contemplation of an imminent sheriff's sale. He argues that a sale under these circumstances was a sale under "compulsion," not an arms-length transaction under no compulsion that produces fair market value.

---

† See original opinion published in 235 Wis. 2d 279.

¶ 2.    After careful consideration, we conclude that appellant's argument is without merit in this case. In ¶ 45 of the court's opinion we state: "Judge Simanek found no evidence of collusion or fraud between Kemeling and Burmeister." This sentence is herewith amended to read: "Judge Simanek found no evidence of compulsion, collusion or fraud between Kemeling and Burmeister." The record does not demonstrate that the circuit court's finding was clearly erroneous.

¶ 3.    The motion for reconsideration is denied without costs.